MARC S. HINES (SBN 140065)
mhines@lawhhp.com
BRIAN PELANDA (SBN 278453)
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Tel.:  (714) 513-1122
Fax:   (714) 242-9529

Attorneys for Defendant Nationwide Mutual Insurance Company

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN RITTENBERG, an individual, | Case No.:  5:23-cv-01068-MRA-SHK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation, authorized to do business in California; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Alan Rittenberg and Defendant Nationwide Mutual Insurance Company, by and through their respective counsel, hereby stipulate and represent to the Court that all matters in controversy in this litigation between them have been settled and resolved. The Parties request that the entire action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  January 21, 2025          **SHAVER LEGAL, APC**


/s/ *Cody J. Shaver*
Cody J. Shaver
Attorney for Plaintiff
ALAN RITTENBERG


Dated:  January 21, 2015          **HINES HAMPTON PELANDA LLP**

/s/ *Brian Pelanda*
Marc S. Hines
Brian Pelanda
Sara Rynerson
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY


<u>ATTESTATION OF CONCURRENCE IN FILING</u>

I hereby attest and certify that on January 21, 2025, I received concurrence from Plaintiff's counsel, Cody J. Shaver, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 22, 2025.


/s/ *Brian Pelanda*
Brian Pelanda

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE