JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN RITTENBERG, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation, authorized to do business in California; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No.:  5:23-cv-01068-MRA-SHK<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Having considered the Parties Stipulation for Dismissal of Action with Prejudice, IT IS HEREBY ORDERED that this matter be dismissed in its entirety with prejudice. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  January 22, 2025

_____
HON. MONICA RAMIREZ ALMADANI
United States District Judge